```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 08 B 14384
   D ANDRA HILL
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-6307

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/05/2008 and was not confirmed.

     The case was dismissed without confirmation 08/06/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                          PAID         PAID
--------------------------------------------------------------------------
JOHNSON BLUMBERG & ASSOC  NOTICE ONLY    NOT FILED          .00         .00
DEUTSCHE BANK NATIONAL    NOTICE ONLY    NOT FILED          .00         .00
PRO SE DEBTOR             DEBTOR ATTY          .00                      .00
TOM VAUGHN                TRUSTEE                                       .00
DEBTOR REFUND             REFUND                                        .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         --------------        --------------
TOTALS                         .00                    .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 11/19/08                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```